UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-22379-Civ-COOKE/WHITE
(07-20527-Cr-COOKE)

FLOYD WALKER,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, pursuant to 28 U.S.C. §636(b)(1)(B), Rules 8 and 10 of the Rules Governing Section 2255 Cases in the United States District Courts, and Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters (ECF No. 3). On July 9, 2014, Judge White issued a Report of Magistrate Judge (ECF No. 5) recommending that Floyd Walker's Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 1) be summarily dismissed with prejudice as time-barred and, in the alternative, denied on the merits, and that a certificate of appealability not issue.

Movant Floyd Walker timely filed his Response to Magistrate's Report and Recommendation (ECF No. 6), contending that his Motion is not time-barred because the Supreme Court's ruling in *Descamps v. United States*, 570 U.S. ___ , 133 S. Ct. 2276, 186 (June 20, 2013) triggered a new limitation period under §2255(f)(3). Judge White correctly predicted Mr. Walker would rely upon *Descamps*, and thoroughly explained why the Supreme Court's holding in *Descamps* would not overcome Movant's failure to timely file his § 2255 Motion. As the Movant himself accurately notes, a movant's claim premised on §2255(f)(3) is deemed timely within the one year filing of based upon "the date on which the right was asserted was initially recognized by the Supreme Court if that right has been newly recognized by the Supreme Court *and made retroactively applicable to cases on collateral review*." Movant's Resp. at 2 (emphasis added). However, the Supreme Court has not declared its decision in *Descamps* to be

retroactively applicable on collateral review. *See* Report of Magistrate Judge at 5-6.

Because Movant's § 2255 Motion is untimely, I will not address the objections responding to Judge White's analysis on the merits of the § 2255 Motion.

I have considered Judge White's Report of Magistrate Judge, Movant's Response to Magistrate's Report and Recommendation, and have made a *de novo* review of the record. I find Judge White's Report of Magistrate Judge clear, cogent, and compelling. Therefore, it is hereby **ORDERED and ADJUDGED** that Judge White's Report of Magistrate Judge (ECF No. 5) is **AFFIRMED and ADOPTED** as the Order of this Court. Accordingly, Floyd Walker's Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 1) is **DISMISSED** *with prejudice* as time-barred. The Clerk is directed to **CLOSE** this case.

It is **FURTHER ORDERED and ADJUDGED** that Petitioner has not demonstrated that "jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 326 (2003); *accord Lott v. Attorney Gen., Fla.*, 594 F.3d 1296, 1301 (11th Cir. 2010) (explaining that a "petitioner need not show he will ultimately succeed on appeal" in order to warrant a certificate of appealability). Moreover, "[w]here a plain procedural bar is present and the district court is correct to invoke it to dispose of the case, a reasonable jurist could not conclude either that the district court erred in dismissing the petition or that the petitioner should be allowed to proceed further." *Jimenez v. Florida Dept. of Corr.*, 481 F.3d 1337, 1341 (11th Cir. 2007) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)). Therefore, this Court **DENIES** a Certificate of Appealability in this case.

**DONE and ORDERED** in chambers, at Miami, Florida, this 29th day of August 2014.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*
*Floyd Walker*, pro se
*Counsel of record*